1  Amy P. Lally (SBN 198555)
   alally@sidley.com
2  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
3  Los Angeles, CA 90067
   Telephone: +1 310 595 9662
4  Facsimile: +1 310 595 9501

5  Stacy Horth-Neubert (SBN 214565)
   shorthneubert@sidley.com
6  Marissa X. Hernandez (SBN 341449)
   marissa.hernandez@sidley.com
7  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
8  Los Angeles, CA 90013
   Telephone: +1 213 896 6000
9  Facsimile: +1 213 896 6600

*Attorneys for Defendant Grubhub Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES WANG, MARILEE BOGAERT, AARON ASELTINE, ROBERT ALLAN PERKINS, JR., CARISSA RECCO, and CHRISTINE BAK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRUBHUB INC., and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00223-TLT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Assigned to: Honorable Trina L. Thompson<br><br>Complaint Served:     December 19, 2022<br>Current Response Date: January 25, 2023<br>New Response Date:    February 24, 2023 |
|---|---|

1   This Stipulation is made and entered into between Plaintiffs Charles Wang, Marilee Bogaert, Aaron Aseltine, Robert Allan Perkins, Jr., Carissa Recco and Christine Bak ("Plaintiffs") and Defendant Grubhub Inc. ("Defendant"), by and through their respective counsel, with reference to the following:

WHEREAS, on November 28, 2022, Plaintiffs filed their complaint (the "Complaint") in Alameda Superior Court as Case No. 22STCV28148;

WHEREAS, as of December 19, 2022, Plaintiffs served the Complaint on the Defendant;

WHEREAS, on January 18, 2023, Defendant filed a timely Notice of Removal of Action Under 28 U.S.C. § 1441 in the present court;

WHEREAS, under Rule 81 of the Federal Rules of Civil Procedure, Defendant's answer or other response is due on or before January 25, 2023;

WHEREAS, Defendant requires additional time to evaluate the claims in this Complaint;

WHEREAS, Plaintiffs have agreed that Defendant's time to answer or otherwise respond to the Complaint shall be extended by 30 days, to February 24, 2023; and

NOW THEREFORE, Plaintiffs and Defendant hereby stipulate that Defendant shall have an extension of time, to and including February 24, 2023, to answer or otherwise respond to the Complaint.

Dated: January 24, 2023          SIDLEY AUSTIN LLP

                                 By:   /s/ Amy Lally
                                       Amy P. Lally
                                       Stacy Horth-Neubert
                                       Marissa X. Hernandez
                                       *Attorneys for Defendant Grubhub Inc.*

Dated: January 24, 2023          KALIELGOLD PLLC

                                 By:   _____
                                       Sophia Goren Gold
                                       Jeffery D. Kaliel
                                       *Attorneys for Plaintiff Denise Sznitko*

**SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to Initial Complaint. In compliance with Civil Local Rule 5.1, I hereby attest that every signatory has concurred in this filing.

Dated: January 24, 2023            */s/ Amy Lally*
                                   Amy P. Lally