Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Goren Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Avenue, Suite 200
Berkeley, California 94710
Tel: (202) 350-4783

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WANG, MARILEE BOGAERT, AARON ASELTINE, ROBERT ALLAN PERKINS, JR., CARISSA RECCO, and CHRISTINE BAK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00223-TLT<br><br>**PLAINTIFF AARON ASELTINE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Assigned to: Honorable Trina L. Thompson** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs AARON ASELTINE, hereby dismisses his individual claims for relief against Defendant Grubhub, Inc., without prejudice. The remaining plaintiffs will continue to pursue their claims individually and on behalf of the Class.

Dated:  February 16, 2023                    Respectfully submitted,

                                            **KALIELGOLD PLLC**

                                         By:*/s/ Sophia Goren Gold*
                                                Jeffrey D. Kaliel
                                                Sophia Goren Gold

                                           *Attorneys for Plaintiffs and the Putative Class*