Sophia Goren Gold (SBN 307971)
sgold@kalielgold.com
KALIELGOLD PLLC
950 Gilman Street, Ste. 200
Berkeley, CA 94710
Tel: (202) 350-4783

*Attorneys for Plaintiffs Charles Wang, Marilee Bogaert, Robert Allan Perkins Jr., Carissa Recco, Christine Bak, and the purported class*

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

*Attorneys for Defendant Grubhub Inc.
(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WANG, MARILEE BOGAERT, AARON ASELTINE, ROBERT ALLAN PERKINS, JR., CARISSA RECCO, and CHRISTINE BAK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRUBHUB INC., and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00223-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION**<br><br>Assigned to: Honorable Araceli Martínez-Olguín |

1  WHEREAS, on June 22, 2023, Defendant Grubhub Inc. and Plaintiffs Charles Wang, et al. (collectively, the "Parties") participated in a mediation;

2  WHEREAS, on June 30, 2023, the Parties filed their Joint Status Report (Dkt. 36) updating the Court regarding the status of settlement negotiations and requesting all deadlines be stayed for an additional 30 days;

3  WHEREAS, by Order on July 5, 2023 (Dkt. 37), the Court stayed the case for an additional 30 days;

4  WHEREAS, the Parties continue to engage in settlement negotiations, have made substantial progress towards a settlement, and are hopeful a settlement may be reached in the coming weeks;

5  WHEREAS, the Parties request that the above-captioned action be stayed in its entirety for 60 days through September 25, 2023.

6  NOW, THEREFORE, the Parties, through their respective counsel of record, hereby stipulate, agree and jointly request that the Court issue an order confirming the following:

7  The Parties hereby stipulate to, and apply for, an Order: (1) allowing the proceedings in the instant matter to be stayed up through and including September 25, 2023, such that any pending deadlines shall be stayed as of the date of an Order approving this Stipulation. The Parties will then file a further Status Report to update the Court on the outcome of the mediation, no later than September 25, 2023.

Dated: July 27, 2023                    SIDLEY AUSTIN LLP

                                        By:  /s/ Amy Lally
                                             Amy P. Lally
                                             Marissa X. Hernandez

                                        *Attorneys for Defendant Grubhub Inc.*

Dated: July 27, 2023                    KALIEL GOLD PLLC

                                        By:  /s/ Sophia Gold
                                             Sophia Goren Gold
                                             Jeffrey D. Kaliel

# [PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION

Having read and approved the Stipulation, and for good cause shown, the Court hereby orders as follows:

1. The proceedings in the instant matter shall be and hereby are stayed up through and including September 25, 2023, such that any pending deadlines shall be stayed as of the date of this Order. The Parties are Ordered to file a joint status report on or before September 25, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: July 28, 2023

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE