Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Goren Gold (SBN 307971)
*sgold@kalielgold.com*
**KALIELGOLD PLLC**
950 Gilman Street, Ste. 200
Berkeley, CA 94710
Tel: (202) 350-4783

*Attorneys for Plaintiffs Charles Wang, Marilee Bogaert, Aaron Aseltine, Robert Allan Perkins Jr., Carissa Recco, Christine Bak, and the proposed class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WANG, MARILEE BOGAERT, AARON ASELTINE, ROBERT ALLAN PERKINS, JR., CARISSA RECCO, and CHRISTINE BAK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00223-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Assigned to: Honorable Trina L. Thompson** |

1

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Charles Wang, Marilee Bogaert, Aaron Aseltine, Robert Allan Perkins, Jr., Carissa Recco, and Chrstine Bak, on behalf of themselves and all persons similarly situated, hereby dismisses their claims for relief against Defendant Grubhub Inc. without prejudice.

.

Dated: September 25, 2023 **KALIELGOLD PLLC**

By:*/s/ Sophia Goren Gold*

Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Goren Gold (SBN 307971)
*sgold@kalielgold.com*
**KALIELGOLD PLLC**
950 Gilman Street, Ste. 200
Berkeley, CA 94710
Tel: (202) 350-4783

*Attorneys for Plaintiffs Charles Wang, Marilee Bogaert, Aaron Aseltine, Robert Allan Perkins Jr., Carissa Recco, Christine Bak, and the proposed class*